John G. Friedmeyer, for appellant. William E. Fain, for appellee.

Mr. Justice Waggoner delivered the opinion of the court.

---

**Etta Harlan, appellee, v. S. F. Schecter, appellant.**

Action on contract to procure purchaser for real estate. Judgment for plaintiff. Appeal from the Circuit Court of Vermilion county; the Hon. Walter Brewer, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed April 19, 1921.

Crayton & Boyle and S. F. Schecter, for appellant. No appearance for appellee.

---

**Margaret M. Robinson, appellee, v. John B. Robinson, appellant.**

Suit for separate maintenance. Decree for plaintiff. Appeal from the Circuit Court of Shelby county; the Hon. Thomas E. Ford, Judge, presiding. Heard in this court at the October term, 1920. Reversed and remanded with directions. Opinion filed April 19, 1921.

S. S. Clapper and George B. Rhoads, for appellant. W. C. and W. L. Kelley, for appellee.

Per Curiam.

---

**Crane Company, appellant, v. C. E. Sparks et al., appellees.**

Suit to foreclose lien on a building for materials furnished. Bill dismissed for want of equity. Appeal from the Circuit Court of Vermilion county; the Hon. Walter Brewer, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed May 4, 1921.

Graham & Dysert, for appellant. Dyer & Dyer, for appellees.

Mr. Justice Eldredge delivered the opinion of the court.

---

**Charles McClear, appellee, v. Norman Laundry & Dry Cleaning Company, appellant.**

Action for damages for personal injuries received by plaintiff when struck by a truck being operated by defendant's employee. Judgment for plaintiff. Appeal from the Circuit Court of Macon county; the Hon. William K. Whitfield, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed May 4, 1921.

Baldwin & Carey and Livingston & Whitmore, for appellant. Wiley & Morey, for appellee.